# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOE C. STUART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-02260 |
| vs. ) | |
| ) | |
| ATCHISON COUNTY SHERIFF'S ) | |
| DEPARTMENT and ADVANCED ) | |
| CORRECTIONAL HEALTHCARE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendant "Atchinson County Sheriff's Department", by and through their attorneys, Foulston Siefkin, LLP, hereby provide notice of the removal of this action from the Atchison County, Kansas District Court, Case No. 2016-CV-000004 to this Court, pursuant to 28 U.S.C. § 1441. Removal is proper because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

**I.     INTRODUCTION.**

1.     On or about January 20, 2016, Plaintiff Joe C. Stuart filed Plaintiff's Petition in the Atchison County, Kansas District Court. (A copy of the Petition is attached hereto as Exhibit A.)

2.     Plaintiff's Petition, invoking 42 U.S.C. § 1983, purports to state claims against the Defendant "Atchison County Sheriff's Department" for violations of the U.S. Constitution. In addition, Plaintiff's Petition asserts state-law claims against Advanced Correctional Healthcare.

3.     In addition to Plaintiff's Petition, the Defendant "Atchison County Sheriff's Department" believes that nine other pleadings have been filed in Atchison County, Kansas Case No. 2016-CV-000004. These pleadings include two entries of appearance, a Clerk's Extension

258723

filed by the Defendant "Atchison County Sheriff's Department", a Motion to Waive Filing Fee, correspondence filed by Plaintiff, correspondence filed by Plaintiff's wife, and a Motion to Appoint Counsel filed by Plaintiff. (A copy of the Clerk's Extension is attached hereto as Exhibit B.)

## II. NOTICE OF REMOVAL IS TIMELY.

4. The Defendant "Atchison County Sheriff's Department" was served with Plaintiff's Petition on or about March 30, 2016. The Petition was the first pleading filed that provided Defendant "Atchison County Sheriff's Department" with notice of the purported claims for relief upon which the action is based.

5. Accordingly, this Notice of Removal is filed within the 30-day time period established by U.S.C. § 1446(b) and D. Kan. R. 81.1(a).

## III. FEDERAL QUESTION JURISDICTION EXISTS.

6. This is a civil action that this Court has original jurisdiction over pursuant to 28 U.S.C. § 1331 and is one that may be removed pursuant to 28 U.S.C. § 1441 because it purports to "arise under the Constitution, laws, or treaties of the United States." Specifically, Plaintiff alleges the Defendant "Atchison County Sheriff's Department" violated his rights arising under the United States Constitution and invokes 42 U.S.C. § 1983.

7. This Court may exercise supplemental jurisdiction over the non-federal claims pursuant to 28 U.S.C. § 1367(a).

## IV. REMOVAL TO THE KANSAS CITY DIVISION IS PROPER.

8. Pursuant to D. Kan. Rule 81.1(b)(3), removal to the Kansas City division is proper because the Atchison County, Kansas District Court is within the First Judicial District of Kansas.

## V.     PROCEDURAL DETAILS HAVE BEEN OR WILL BE TIMELY DISCHARGED.

9. Pursuant to D. Kan. Rule 81.2, the Defendant "Atchison County Sheriff's Department" will procure and file all records and proceedings had in Atchison County, Kansas, Case No. 2016-CV-000004 with this Court.

10. Pursuant to 28 U.S.C. § 1446(d) and D. Kan. Rule 81.1(c), the Defendant "Atchison County Sheriff's Department" will timely file and serve upon Plaintiff and Advanced Correctional Healthcare the following pleadings: (a) Notice to the Parties of Removal and (b) Notice to the District Court of Sherman County. (An exemplar of each is attached hereto as Exhibit C.)

11. The "Atchison County Sheriff's Department" hereby reserves any and all rights to assert any and all defenses to the Petition, including, but not limited to, the insufficiency of process or insufficiency of service of process, lack of personal jurisdiction, lack of capacity and improper venue.

13. Defendant "Atchison County Sheriff's Department" reserves the right to amend or supplement this Notice of Removal.

14. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served, including Advanced Correctional Healthcare, join in and consent to the removal of this action. (A copy of the Advanced Correctional Healthcare Defendant's Consent to Removal is attached hereto as Exhibit D.)

**WHEREFORE,** the Defendant "Atchison County Sheriff's Department" prays the United States District Court for the District of Kansas take jurisdiction of this action and proceed to final determination thereof.

258723

Respectfully submitted,

FOULSTON SIEFKIN LLP


By: ___/s/ Toby Crouse_____
      Toby Crouse, #20030

Wendell F. Cowan, Jr. #08227
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000
Telephone:  (913) 498-2100
Facsimile:   (913) 498-2101
Email: tcrouse@foulston.com
      wcowan@foulston.com


Kelsey Frobisher, #26870
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas  67206-4466
(316) 291-9518
(866) 347-9611 FAX
Email:  kfrobisher@foulston.com

ATTORNEYS FOR ATCHISON COUNTY
DEFENDANT

4

258723

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that a true and correct copy of the above foregoing was served by depositing same in the U.S. Mail, postage prepaid, on this 21st day of January, 2016 addressed to:

Joe Charles Stuart, Jr. #0111742
Norton Correctional Facility
PO Box 527
Stockton, KS 67669

PRO SE PLAINTIFF

J. Thaddeus Eckenrode
ECKENRODE-MAUPIN, Attorneys at Law
8000 Maryland Ave., Ste. 1300
St. Louis, MO 63105
jte@eckenrode-law.com

ATTORNEY FOR DEFENDANT ADVANCED
CORRECTIONAL HEALTHCARE, INC.

                                              */s/ Toby Crouse*
                                              ATTORNEY FOR ATCHISON
                                              COUNTY DEFENDANT

258723